**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH M. HOFERER; ALLISON A. HOFERER,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, INC.; GMAC MORTGAGE, INC.; HOMECOMINGS FINANCIAL NETWORK, INC.; DOES 1 to 50,<br><br>Defendants. | Case No. SACV10-00440 CJC(MLGx)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |
|---|---|

On May 17, 2010, the Court granted Defendant Aurora Loan Services LLC's Motion to Dismiss Plaintiffs' Complaint, and ordered the Complaint dismissed as to all Defendants. The Court further gave Plaintiffs twenty (20) days to file an amended complaint to cure the defects in the original pleading. Plaintiffs have failed to do so.

As Plaintiffs have failed to amend the complaint within the time allowed by the Court, and for the reasons explained in the Court's Order Granting Defendant's Motion to Dismiss, the Court hereby DISMISSES THE CASE WITH PREJUDICE.

IT IS SO ORDERED.

Dated: June 16, 2010          By: _____
                              Hon. Cormac J. Carney
                              Judge of United States District Court

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811